| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Koenig, Nancy M. | 2. Court or Organization Northern District of Texas | 3. Date of Report 08/07/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. Magistrate Judge (full) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

United States Magistrate
1205 Texas Avenue Suite 211
Lubbock, TX 79401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1976-77 | Alcoholism Council of Texas/National Council on Alcoholism Flexible Annuity Plan through Mutual of America |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 08/07/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | West Texas Legal Services Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 08/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Cent. Global Gold | C | Dividend | K | T | | | | | |
| 2. iShares Msco Australia Index Fund | B | Dividend | K | T | | | | | |
| 3. Central Fund Canada CL A | A | Dividend | L | T | | | | | |
| 4. Silver Wheaton Corp | A | Int./Div. | L | T | | | | | |
| 5. Innergex Renewal Income fund | A | Dividend | K | T | | | | | |
| 6. Canada Govt. 3.75% 06/01/12 | A | Interest | K | T | Sold (part) | 03/31/11 | J | A | |
| 7. Norwegian Govt. 6% 05/16/11 | B | Interest | | | Sold | 05/16/11 | K | A | |
| 8. Statoil ASA | A | Dividend | K | T | Buy | 05/23/11 | K | | |
| 9. Queensland Treas Co 6% 06/14/11 | A | Interest | | | Sold | 06/14/11 | K | C | |
| 10. Uranium Participation Corp | | None | | | Sold | 04/18/11 | J | A | |
| 11. Powershares DB Oil Fund | | None | | | Sold | 08/15/11 | K | | |
| 12. Cash Fund/ Fidelity Investments | A | Interest | J | T | | | | | |
| 13. Currency shs. CDN Tr CDN Dollars | | None | | | Buy | 06/22/11 | K | | |
| 14. Currency shs. CDN Tr CDN Dollars | | | | | Sold | 08/08/11 | K | | |
| 15. Franco Nevada Corp | A | Dividend | K | T | Buy | 08/18/11 | L | | |
| 16. ASB IRA Equivalent | A | Interest | J | T | | | | | |
| 17. ASB IRA Equivalent | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 08/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alliance Federal Credit Union | A | Interest | J | T | | | | | |
| 19. Bank of America checking Account | | None | J | T | | | | | |
| 20. Bank of America Savings Account | A | Interest | J | T | | | | | |
| 21. Mutual of America Flex Ann Pl. National Council on Alcoholis | A | Interest | J | T | | | | | |
| 22. US Savings Bonds | A | Interest | J | T | | | | | |
| 23. US Savings Bonds | B | Interest | J | T | | | | | |
| 24. Family Estate Trust (7.30%) | | | | | | | | | |
| 25. Columbia Cash Reserves Trust Class | A | Dividend | J | T | | | | | |
| 26. Mineral Interest 1, Bastrop County Texas | A | Royalty | J | V | | | | | |
| 27. Mineral Interest 2, Bastrop County Texas | | None | J | V | | | | | |
| 28. Royalty Interest 1, Bastrop County Texas | | None | J | V | | | | | |
| 29. Mineral Interest 3, Bastrop County Texas | | None | J | V | | | | | |
| 30. Mineral Interest 4, Bastrop County Texas | | None | J | V | | | | | |
| 31. Mineral Interest 5, Bastrop County Texas | | None | J | V | | | | | |
| 32. Mineral Interest 1, Brazoria County Texas | | None | J | V | | | | | |
| 33. Royalty Interest 1, Brazoria County Texas | | None | J | V | | | | | |
| 34. Mineral Interest 2, Brazoria County Texas | | None | J | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 08/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mineral Interest 3, Brazoria County Texas | | None | J | V | | | | | |
| 36. Royalty Interest 3, Brazoria County Texas | | None | J | V | | | | | |
| 37. Royalty Interest 4, Brazoria County Texas | | None | J | V | | | | | |
| 38. Mineral Interest 4, Brazoria County Texas | | None | J | V | | | | | |
| 39. Mineral Interest 5, Brazoria County Texas | | None | J | V | | | | | |
| 40. Mineral Interest 6, Brazoria County Texas | | None | J | V | | | | | |
| 41. Mineral Interest 7, Brazoria County Texas | | None | J | V | | | | | |
| 42. Mineral Interest 8, Brazoria County Texas | | None | J | V | | | | | |
| 43. Mineral Interest 9, Brazoria County Texas | | None | J | V | | | | | |
| 44. Mineral Interest 10, Brazoria County Texas | | None | J | V | | | | | |
| 45. Royalty interest 5, Brazoria County Texas | | None | J | V | | | | | |
| 46. Mineral Interest 11, Brazoria County Texas | | None | J | V | | | | | |
| 47. Mineral Interest 12, Brazoria County Texas | | None | J | V | | | | | |
| 48. Mineral Interest 13, Brazoria County Texas | | None | J | V | | | | | |
| 49. Mineral Interest 14, Brazoria County Texas | | None | J | V | | | | | |
| 50. Royalty Interest 6, Brazoria County Texas | | None | J | V | | | | | |
| 51. Royalty Interest 7, Brazoria County Texas | | None | J | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 08/07/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Royalty Interest 8, Brazoria County Texas | None | | J | V | | | | | |
| 53. Royalty Interest 9, Brazoria County Texas | None | | J | V | | | | | |
| 54. Royalty Interest 10, Brazoria County Texas | None | | J | V | | | | | |
| 55. Royalty Interest 11, Brazoria County Texas | None | | J | V | | | | | |
| 56. Royalty Interest 12, Brazoria County Texas | None | | J | V | | | | | |
| 57. Royalty Interest 13, Brazoria County Texas | None | | J | V | | | | | |
| 58. Royalty Interest 14, Brazoria County Texas | None | | J | V | | | | | |
| 59. Royalty Interest 15, Brazoria County Texas | None | | J | V | | | | | |
| 60. Mineral Interest 1, Brewster County Texas | None | | J | V | | | | | |
| 61. Mineral Interest 2, Brewster County Texas | None | | J | V | | | | | |
| 62. Mineral Interest 3, Brewster County Texas | None | | J | V | | | | | |
| 63. Mineral Interest 4, Brewster County Texas | None | | J | V | | | | | |
| 64. Mineral Interest 5, Brewster County Texas | None | | J | V | | | | | |
| 65. Mineral Interest 6, Brewster County Texas | None | | J | V | | | | | |
| 66. Mineral Interest 7, Brewster County Texas | None | | J | V | | | | | |
| 67. Mineral Interest 8, Brewster County Texas | None | | J | V | | | | | |
| 68. Mineral Interest 9, Brewster County Texas | None | | J | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 08/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Mineral Interest 10, Brewster County Texas | | None | J | V | | | | | |
| 70. Mineral Interest 11, Brewster County Texas | | None | J | V | | | | | |
| 71. Mineral Interest 12, Brewster County Texas | | None | J | V | | | | | |
| 72. Mineral Interest 13, Brewster County Texas | | None | J | V | | | | | |
| 73. Mineral Interest 14, Brewster County Texas | | None | J | V | | | | | |
| 74. Mineral Interest 15, Brewster County Texas | | None | J | V | | | | | |
| 75. Mineral Interest 16, Brewster County Texas | | None | J | V | | | | | |
| 76. Mineral Interest 17, Brewster County Texas | | None | J | V | | | | | |
| 77. Mineral Interest 18, Brewster County Texas | | None | J | V | | | | | |
| 78. Mineral Interest 19, Brewster County Texas | | None | J | V | | | | | |
| 79. Mineral Interest 20, Brewster County Texas | | None | J | V | | | | | |
| 80. Royalty Interest 1, Caldwell County Texas | | None | J | V | | | | | |
| 81. Royalty Interest 2, Caldwell County Texas | | None | J | V | | | | | |
| 82. Royalty Interest 3, Caldwell County Texas | | None | J | V | | | | | |
| 83. Royalty Interest 4, Caldwell County Texas | | None | J | V | | | | | |
| 84. Royalty Interest 5, Caldwell County Texas | | None | J | V | | | | | |
| 85. Royalty Interest 6, Caldwell County Texas | | None | J | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 08/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Royalty Interest 7, Caldwell County Texas | | None | J | V | | | | | |
| 87. 5 of 7 Caldwell Co. TX Prop. NORCO CRUDE GATHERING | A | Royalty | J | V | | | | | |
| 88. Mineral Interest 1, Chambers County Texas | | None | J | V | | | | | |
| 89. Royalty Interest 1, Chambers County Texas | | None | J | V | | | | | |
| 90. Mineral Interest 2, Chambers County Texas | | None | J | V | | | | | |
| 91. Royalty Interest 2, Chambers County Texas | | None | J | V | | | | | |
| 92. Mineral Interest 3, Chambers County Texas | | None | J | V | | | | | |
| 93. Royalty Interest 3, Chambers County Texas | | None | J | V | | | | | |
| 94. Mineral Interest 1, Cherokee County Texas | | None | J | V | | | | | |
| 95. Mineral Interest 2, Cherokee County Texas | | None | J | V | | | | | |
| 96. Mineral Interest 3, Cherokee County Texas | | None | J | V | | | | | |
| 97. Mineral Interest 4, Cherokee County Texas | | None | J | V | | | | | |
| 98. Mineral Interest 1, Coleman County Texas | | None | J | V | | | | | |
| 99. Mineral Interest 2, Coleman County Texas | | None | J | V | | | | | |
| 100. Mineral Interest 3, Coleman County Texas | | None | J | V | | | | | |
| 101. Royalty Interest 1,Colorado County TX (HILLCORP ENGY) | A | Royalty | J | V | | | | | |
| 102. Royalty Interest 1, Dewitt & Lavaca Counties, Texas | A | Royalty | J | V | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 08/07/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. (GEORGE BROWN PART: SONA CO., EL PASO PROD.) | | | | | | | | | |
| 104. Royalty Int., Ft. Bend Co., TX (PHLLIPS PETROLEUM) | B | Royalty | J | V | | | | | |
| 105. Royalty Interest 1, Gaines Co., TX (MEREDITH MARKETING) | A | Royalty | J | V | | | | | |
| 106. Royalty Interest 1, Gregg County Texas | | None | J | V | | | | | |
| 107. Mineral Interest 1, Harris County Texas | | None | J | V | | | | | |
| 108. Mineral Interest 2, Harris County Texas | | None | J | V | | | | | |
| 109. Mineral Interest 3, Harris County Texas | | None | J | V | | | | | |
| 110. Mineral Interest 4, Harris County Texas | | None | J | V | | | | | |
| 111. Mineral Interest 1, Jefferson County Texas | | None | J | V | | | | | |
| 112. Mineral Interest 1, Jim Hogg County Texas | A | Royalty | J | V | | | | | |
| 113. Royalty Interest 1, Jim Hogg County Texas | A | Royalty | J | V | | | | | |
| 114. Royalty Interest, Lavaca Co., TX (GEORGE BROWN PTSHP) | A | Royalty | J | V | | | | | |
| 115. Mineral Interest 1, Leon County Texas | | None | J | V | | | | | |
| 116. Mineral Interest 2, Leon County Texas | | None | J | V | | | | | |
| 117. Mineral Interest 3, Leon County Texas | | None | J | V | | | | | |
| 118. Mineral Interest 4, Leon County Texas | | None | J | V | | | | | |
| 119. Mineral Interest 5, Leon County Texas | | None | J | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 08/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Mineral Interest 6, Leon County Texas | | None | J | V | | | | | |
| 121. Mineral Interest 7, Leon County Texas | | None | J | V | | | | | |
| 122. Mineral Interest 8, Leon County Texas | | None | J | V | | | | | |
| 123. Mineral Interest 9, Leon County Texas | | None | J | V | | | | | |
| 124. Mineral Interest 10, Leon Co., TX (PHOENX.HYDROCARBS) | A | Royalty | J | V | | | | | |
| 125. Mineral Interest 11, Leon County Texas | | None | J | V | | | | | |
| 126. Mineral Interest 12, Leon County Texas | | None | J | V | | | | | |
| 127. Mineral Interest 13, Leon County Texas | | None | J | V | | | | | |
| 128. Mineral Interest 14, Leon County Texas | | None | J | V | | | | | |
| 129. Mineral Interest 15, Leon County Texas | | None | J | V | | | | | |
| 130. Mineral Interest 16, Leon County Texas | | None | J | V | | | | | |
| 131. Mineral Interest 1, Liberty County Texas | | None | J | V | | | | | |
| 132. Mineral Interest 1, Madison County Texas | | None | J | V | | | | | |
| 133. Mineral Interest 2, Madison County Texas | | None | J | V | | | | | |
| 134. Mineral Interest 3, Madison County Texas | | None | J | V | | | | | |
| 135. Mineral Int.4,Madison County TX (MITCHELL ENERGY) | A | Royalty | J | V | | | | | |
| 136. Mineral Interest 5, Madison County Texas | | None | J | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 08/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Mineral Interest 6, Madison County Texas | | None | J | V | | | | | |
| 138. Mineral Interest 7, Madison County Texas | | None | J | V | | | | | |
| 139. Mineral Interest 8, Madison County Texas | | None | J | V | | | | | |
| 140. Mineral Interest 9, Madison County Texas | | None | J | V | | | | | |
| 141. Mineral Interest 10, Madison County Texas | | None | J | V | | | | | |
| 142. Mineral Interest 11, Madison County Texas | A | Royalty | J | V | | | | | |
| 143. (CARTER LANGHAM BLACKHILL, WICK. ENERGY) | | | | | | | | | |
| 144. Mineral Interest 12, Madison County Texas | | None | J | V | | | | | |
| 145. Royalty Interest, Madison co. TX (MITCHELL ENERGY) | A | Royalty | J | V | | | | | |
| 146. Royalty Interest, Madison Co.,TX (MITCHELL ENERGY) | A | Royalty | J | V | | | | | |
| 147. Mineral Interest 1, Raines County Texas | | None | J | V | | | | | |
| 148. Mineral Interest 1, Rusk County Texas | | None | J | V | | | | | |
| 149. Mineral Interest 2, Rusk County Texas | | None | J | V | | | | | |
| 150. Mineral Interest 3, Rusk County Texas | | None | J | V | | | | | |
| 151. Mineral Interest 4, Rusk County Texas | | None | J | V | | | | | |
| 152. Mineral Interest 5, Rusk County Texas | | None | J | V | | | | | |
| 153. Royalty Interest 1, Rusk County Texas (EXXON) | A | Royalty | J | V | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 08/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Royalty Interest 2, Rusk County Texas | A | Royalty | J | V | | | | | |
| 155. (PLAINS MKT. PLAINS ALL AMER. / SCURLOCK PERM) | | | | | | | | | |
| 156. Royalty Interest 3, Rusk County Texas | A | Royalty | J | V | | | | | |
| 157. (SCURLOCK PERMIAN / EXXON) | | | | | | | | | |
| 158. Royalty Interest 4, Rusk Co. TX, (EXXON) | A | Royalty | J | V | | | | | |
| 159. Royalty Interest 5, Rusk County Texas | | None | J | V | | | | | |
| 160. Royalty Interest 6, Rusk County Texas | A | Royalty | J | V | | | | | |
| 161. (SCURLOCK PERMIAN / PLAINS ALLAMER/EXXON) | | | | | | | | | |
| 162. Royalty Interest 7, Rusk County Texas (SUN REFINING) | A | Royalty | J | V | | | | | |
| 163. Mineral Interest 1, Shelby County Texas | | None | J | V | | | | | |
| 164. Mineral Interest 1, Smith County Texas | | None | J | V | | | | | |
| 165. Mineral Interest 2, Smith County Texas | A | Royalty | J | V | | | | | |
| 166. Mineral Interest 3, Smith County Texas | | None | J | V | | | | | |
| 167. Mineral Interest 4, Smith County Texas | | None | J | V | | | | | |
| 168. Mineral Interest 5, Smith County Texas | | None | J | V | | | | | |
| 169. Mineral Interest 6, Smith County Texas | | None | J | V | | | | | |
| 170. Mineral Interest 7, Smith County Texas (MAP PRODUCTION) | | None | J | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koenig, Nancy M. | 08/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Mineral Interest 8, Smith County Texas | | None | J | V | | | | | |
| 172. Mineral Interest 9, Smith County Texas | | None | J | V | | | | | |
| 173. Mineral Interest 10, Smith County Texas | | None | J | V | | | | | |
| 174. Royalty Interest 1, Victoria Co., TX (COLOGNE PRODUCTION) | A | Royalty | J | V | | | | | |
| 175. Royalty Interest 2, Victoria County Texas | | None | J | V | | | | | |
| 176. Royalty Interest 3, Victoria County Texas | | None | J | V | | | | | |
| 177. Miscellaneous non property transactions | | None | J | V | | | | | |
| 178. MCMAHON LITIGATION PROCEEDS / Dallas County | A | Royalty | J | V | | | | | |
| 179. Revenue Pending Allocation | | None | J | V | | | | | |
| 180. Royalty Interest 2, Brazoria County Texas | | None | J | V | | | | | |
| 181. Oil & Gas Lease Bonus various prop. (Texas) | D | Rent | L | V | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

"Part VII, page 5, line 26-34, MINERAL INTEREST 1, BASTROP COUNTY, TEXAS"
Three times the current year royalty income was used for the value, since it was a minority royalty interest.

"Part VII, page 6, lines 35-51, VARIOUS MINERAL INTERESTS"
Three times the current year royalty income was used for the value, since it was a minority royalty interest.

"Part VII, page 7, lines 52-68, VARIOUS MINERAL INTERESTS"
Three times the current year royalty income was used for the value, since it was a minority royalty interest.

"Part VII, page 8, lines 69-85, VARIOUS MINERAL INTERESTS"
Three times the current year royalty income was used for the value, since it was a minority royalty interest.

"Part VII, page 9, lines 86-102, VARIOUS MINERAL INTERESTS"
Three times the current year royalty income was used for the value, since it was a minority royalty interest.

"Part VII, page 10, lines 104-119, VARIOUS MINERAL INTERESTS"
Three times the current year royalty income was used for the value, since it was a minority royalty interest.

"Part VII, page 11, lines 120-136, VARIOUS MINERAL INTERESTS"
Three times the current year royalty income was used for the value, since it was a minority royalty interest.

"Part VII, page 12, lines 137-142 and 144-153, VARIOUS MINERAL INTERESTS"
Three times the current year royalty income was used for the value, since it was a minority royalty interest.

"Part VII, page 13, lines 154, 156, 158-160,162-170, VARIOUS MINERAL INTERESTS"
Three times the current year royalty income was used for the value, since it was a minority royalty interest.

"Part VII, page 14, lines 171-178, VARIOUS MINERAL INTERESTS"
Three times the current year royalty income was used for the value, since it was a minority royalty interest.

Part VII, page 14, line 179, REVENUE PENDING ALLOCATION
The trust deposits oil & gas proceeds as they are received from various purchasers. Some of the production receipts aren't credited to the specific leases until a later date. This account is used for funds until the specific lease can be identified.

Part VII, page 15, Lines 180-181, VARIOUS MINERAL INTERESTS"
Three times the current year royalty income was used for the value, since it was a minority royalty interest.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nancy M. Koenig**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544